UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MACKENZIE ARCHITECTS, P.C.,

                       Plaintiff,             Civil Action No. 1:15-CV-1105
                                                                            (TJM/RFT)
       -against-

                                                                                   **NOTICE OF**
VLG REAL ESTATE DEVELOPERS, LLC, VICTOR       **MOTION FOR JUDGMENT**
GUSH, FGR ASSOCIATES, LLC, CAPTAINS LOOKOUT   **ON THE PLEADINGS**
DEVELOPMENT, LLC, DESIGN LOGIC ARCHITECTS, PC,
CLARK REALTY, LLC, PAUL CLARK, FRANK TATE
And ROBERT BUCHER,

                      Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying affidavit of Jason L. Shaw, Esq. and the accompanying affidavit of Robert Bucher, together with accompanying exhibits, defendants Design Logic Architects PC and Robert Bucher will move this Court at 10 a.m. on April 11, 2016 at the U.S. District Courthouse, 445 Broadway, Albany, New York pursuant to Fed. R. Civ. Proc. 12(c) for a judgment on the pleadings dismissing the second, fifth, eighth, thirteenth, and fourteenth causes of action of the First Amended Complaint as to Design Logic Architects PC and Robert Bucher and for an award of attorney's fees to Design Logic Architects PC and Robert Bucher pursuant to 17 U.S.C. § 505 upon the ground that the allegations in the Amended Complaint of copyright violations are objectively unreasonable and frivolous.

Dated: February 29, 2016

                                              By:    */s/ Jason L. Shaw, Esq.*
                                                         Jason L. Shaw, Esq.
                                                         Bar Roll No.: 501385
                                                         WHITEMAN OSTERMAN & HANNA LLP
                                                         *Attorneys for Defendants Design Logic Architects, PC and Robert Bucher*
                                                         One Commerce Plaza
                                                        Albany, New York 12260
                                                        Tel. No.: (518) 487-7796

1

2

Fax No.: (518) 487-7777
E-Mail: jshaw@woh.com

TO:   Frederic B. Jennings, Esq.
      TOR EKELAND, PC
      *Attorneys for Plaintiff*
      195 Plymouth Street, 5th Floor
      Brooklyn, New York

      Thomas R. Fallati, Esq.
      TABNER, RYAN & KENIRY, LLP
      *Attorneys for Defendants*
      *VLG Real Estate Developers, LLC and Victor Gush*
      18 Corporate Woods Boulevard
      Albany, New York 12211

      Annette Kahler, Esq.
      HESLIN ROTHENBERG FARLEY & MESITI P.C.
      *Attorneys for Defendants Frank Tate,*
      *Paul Clark, Captains Lookout Development, LLC,*
      *Clark Realty, LLC and FGR Associates, LLC*
      5 Columbia Circle
      Albany, New York 12203

2