UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

X_____X

MACKENZIE ARCHITECTS, P.C.

    Plaintiff,

v.

VLG REAL ESTATE DEVELOPERS,
LLC; VICTOR GUSH; FGR
ASSOCIATES, LLC;
CAPTAINS LOOKOUT
DEVELOPMENT, LLC; DESIGN LOGIC
ARCHITECTS, PC;
CLARK REALTY, LCC; PAUL CLARK;
FRANK TATE; and ROBERT BUCHER

X_____X

Civil Action No.

1:15-CV-1105 (TJM) (DJS)

**Stipulation as to Stay of Discovery Pending the Court's Decision on Dispositive Motions**

**IT IS HEREBY** stipulated and agreed to by the undersigned that:

1) All parties have filed dispositive motions that have been fully briefed and are currently pending before the Court for decision, identified on the case docket as Dkt. 43, Dkt. 46, Dkt. 49, and Dkt. 59 (collectively the "Dispositive Motions").

2) For the reasons set forth in the Status Report and Letter Motion filed together with this stipulation, all parties jointly request a stay of discovery until the Court renders its decision(s) on all Dispositive Motions. Within fourteen (14) days following the last decision on the Dispositive Motions, the parties will jointly contact the court to request that the remaining case deadlines be reset, including for discovery, expert disclosures, rebuttals, and trial deadlines.

3) For the reasons set forth in the Status Report and Letter Motion filed together with this stipulation, all parties jointly request that the deadline for mediation be reset to 60 days following the last decision by the Court on the Dispositive Motions.

4) Nothing in this stipulation shall relieve any party from its obligation to make and supplement, if necessary, Initial Disclosures pursuant to F.R.C.P. 26(a)(1).

5) All parties jointly request the Court so order this stipulation.

IT IS on this  23rd  day of  May , 2016, **SO ORDERED.**

_____
Hon. Mag. Judge Daniel J. Stewart

Dated: May 20, 2016

| | |
|---|---|
| **TABNER, RYAN & KENIRY, LLP**<br>Attorneys for Defendants<br>VLG Real Estate Developers, LLC<br>and Victor Gush | **TOR EKELAND, PC**<br>Attorneys for Plaintiff Mackenzie<br>Architects, PC |
| By:   <u>/s/Thomas R. Fallati</u><br>Thomas R. Fallati<br>18 Corporate Woods Blvd.<br>Albany, New York 12211<br>Telephone: (518) 512-5307<br>Fax: (518) 465-5112<br>trf@trklaw.com | By:   _____<br>Mark Jaffe<br>195 Plymouth Street,<br>Fifth Floor<br>Brooklyn, New York<br>Telephone: (718) 730-3306<br>mark@torekeland.com |
| **HESLIN ROTHENBERG FARLEY MESITI P.C.**<br><br>Attorneys for Defendants<br>Frank Tate; Paul Clark;<br>Captains Lookout Development, LLC;<br>Clark Realty, LLC; and FGR Associates, LLC | **WHITEMAN, OSTERMAN & HANNA, LLP**<br>Attorneys for Defendants<br>Design Logic Architects and<br>Robert Bucher |
| By:   <u>/s/Annette Kahler</u><br>Annette Kahler<br>5 Columbia Circle<br>Albany, New York 12203<br>Telephone: (518) 452-5600<br>Fax: (518) 452-5579<br>aik@hrfmlaw.com | By:   <u>/s/ Jason L. Shaw</u><br>Jason L. Shaw<br>One Commerce Plaza<br>Albany, NY 12260<br>Telephone: (518) 487-7796<br>Fax: (518) 487-7777<br>jshaw@woh.com |

{H0593133.1}